# UNITED STATES BANKRUPTCY COURT
### District of Colorado

| | | |
|---|---|---|
| In re: | MATTHEW CURTIS WITT | Case No. 17-17630-MER |
| | Debtor. | |
| Address: | 2792 Greatwood Way<br>Highlands Ranch, CO 80126 | Chapter 7 |
| SSN: | XXX-XX-4130 | |

**ORDER GRANTING *EX PARTE* MOTION FOR 2004 EXAMINATION BY REKON, LLC PURSUANT TO FED.R.BANKR.P. 2004 AND 9016, AND L.B.R. 2004-1 AND FED.R.CIV.P. 45**

    THIS MATTER having come before the Court on Rekon, LLC's *Ex Parte* Motion for 2004 Order Pursuant to Fed.R.Bankr.P. 2004, 9016, L.B.R. 2004-1 and Fed.R.Civ.P. 45 ("Motion"), and the Court having reviewed the Motion and being fully advised as to the matters relevant thereto, and finding cause exists therefore:

    IT IS HEREBY ORDERED that the Motion is GRANTED. IT IS FURTHER ORDERED:

    1.    That good cause has been shown for the issuance of an order requiring Debtor Matthew C. Witt, Nicolle Witt, Pinnacle Mastery, Ltd., Mile High Diesel, Inc., and Silver Leaf Mortgage, Inc. to provide all documents requested in **Exhibit A** to the Motion. Debtor Matthew C. Witt, Nicolle Witt, Pinnacle Mastery, Ltd., Mile High Diesel, Inc., and Silver Leaf Mortgage, Inc. are hereby required to produce all documents listed in Exhibit A to the Motion, to 1600 Stout Street, Suite 1100, Denver, CO 80202 within two weeks of the date of this Order.

    2.    Rekon and its attorneys are authorized to issue a subpoena to examine Debtor Matthew C. Witt, Nicolle Witt, Pinnacle Mastery, Ltd., Mile High Diesel, Inc., and Silver Leaf Mortgage, Inc., after production of documents listed in Exhibit A pursuant to L.B.R. 2004-1, and the examination shall occur within four weeks of this Order.

    3.    Rekon, LLC or its counsel are authorized to issue such subpoenas and subpoenas *duces tecum* to Debtor Matthew C. Witt, Nicolle Witt, Pinnacle Mastery, Ltd., Mile High Diesel, Inc., and Silver Leaf Mortgage, Inc. (as defined in the Motion) to take the

examinations of Debtor Matthew C. Witt, Nicolle Witt, Pinnacle Mastery, Ltd., Mile High Diesel, Inc., and Silver Leaf Mortgage, Inc.

      DATED this _____ day of September, 2017.

                                          BY THE COURT:

                                          _____
                                          Chief Judge Michael E. Romero
                                          United States Bankruptcy Court