# UNITED STATES BANKRUPTCY COURT
## District of Colorado

| | |
|---|---|
| In re: MATTHEW CURTIS WITT, MATTHEW C. WITT, MATT WITT | Case No. |
| Debtor. | 17-17630-MER |
| | Chapter 7 |
| Address: 2792 Greatwood Way, Highlands Ranch, CO 80126 | |
| SSN: XXX-XX-4130 | |

---

**DAVID KAHN'S MOTION FOR EXTENSION OF TIME TO REPLY TO MATTHEW CURTIS WITT'S MOTION TO PARTIALLY AVOID LIEN, DOCKET # 45, 17-17630-MER**

---

Comes now David Kahn("Kahn") and respectfully requests that the Court grant its Motion for extension of time of fourteen (14) days so that Kahn can interview and retain appropriate counsel to reply to Matthew Curtis Witt's ("Witt") Motion to Partially Avoid Lien or in the alternative for an extension of time that the Court deems appropriate so that Kahn can interview and retain appropriate counsel for the Court of Jurisdiction, while reviewing The United States Bankruptcy Court District of Colorado pending ruling for NOTICE OF MOTION FOR REQUEST FOR EXTRAORDINARY STAY OF PROCEDURES AS A CASE FIRST IMPRESSION TO ALLOW FOR THE FILING OF STATE CLAIMS IN THE MATTER OF

1

CASE NUMBER 2017-CV-31212 AND PROCEDURAL PERMISSION TO PROCEED IN JEFFERSON COUNTY DISTRICT COURT TO PROSECUTE CLAIMS OF FRAUD ON THE COURT BY PLAINTIFF WITT OUTSIDE THE JURIDICTION OF FEDERAL BANKRUPTCY COURT AND OPPORTUNITY FOR HEARING PURSUANT TO 11 U.S.C. § 362(d) and 28 U. S. C. § 1334, 17-17630-MER as filed on 12/12/17 (DOC#47), or other such determination for extension of time for Kahn to reply, by the Bankruptcy Court.

### CERTIFICATION OF CONFERRAL

Pursuant to C.R.C.P. 121 §1-15(8), the undersigned conferred with four of eleven, representatives or parties to 2017-cv-31212 and 17-17630-MER on or about December 20, 2017 at 1: PM MST. The Parties and/or representatives were identified by Joseph M. Elio #14066, via Judge Jeffrey Ralph Pilkington's Order of 10/30/17 in the matter of 2017-cv-31212. Because neither Charles Parnell for Witt, or Tom Connolly Trustee for 17-17630-MER participated in the conferral, no conclusion could be made as to objection or support of Kahn's Motion for Extension of Time or other matters discussed.

### GOOD CAUSE EXISTS FOR AN EXTENSION OF TIME

Kahn requests respectfully requests that the Court grant its request for an extension of time for fourteen (14) days so that Kahn can interview and retain appropriate counsel to reply to Matthew Curtis Witt's ("Witt") Motion to Partially Avoid Lien or in the alternative for an extension of time that the Court deems appropriate so that Kahn can interview and retain appropriate counsel for the Court of Jurisdiction, while reviewing The United States Bankruptcy Court District of Colorado pending ruling for NOTICE OF MOTION FOR REQUEST FOR EXTRAORDINARY STAY OF PROCEDURES AS A CASE FIRST IMPRESSION TO ALLOW FOR THE FILING OF STATE CLAIMS IN THE MATTER OF CASE NUMBER

2017-CV-31212 AND PROCEDURAL PERMISSION TO PROCEED IN JEFFERSON COUNTY DISTRICT COURT TO PROSECUTE CLAIMS OF FRAUD ON THE COURT BY PLAINTIFF WITT OUTSIDE THE JURIDICTION OF FEDERAL BANKRUPTCY COURT AND OPPORTUNITY FOR HEARING PURSUANT TO 11 U.S.C. § 362(d) and 28 U. S. C. § 1334, 17-17630-MER as filed on 12/12/17 (DOC#47), or other such determination for extension of time for Kahn to reply, by the Bankruptcy Court for the following reasons:

1.      Kahn is unclear which Court or Court(s) will have subject matter jurisdiction in 17-17630-MER and 2017-cv-31212.

2.      Kahn is unclear that Witt will remain in personal bankruptcy or if these bankruptcy and other court filings initiated by Witt to frustrate debt collection against Witt are a continuation of Witt's repetitive practice of threatening to file vexatious complaints, demanding settlement, serving summons, and then filing personal bankruptcy as is the case in 16-cv-01303 and now, 2017-cv-031212, or in 17-11705-Mer or 17-17630-MER or even other bankruptcies Witt has threatened to file and/or filed.

3.      To interview and select appropriate counsel with expertise in the Court having Jurisdiction over Witt's civil and/or bankruptcy filings.

4.      To prepare documentation to reply to Witt's Motion to Partially Avoid Lien (Doc#45) which Witt filed in contravention of previous attests made to Kahn by Witt, that Witt would make final settlement of Kahn's Summary Judgment outside of bankruptcy court, and outside of Witt's personal bankruptcy.

WHEREFORE, Kahn respectfully requests that the Court grant its Motion for extension of time of fourteen (14) days so that Kahn can interview and retain appropriate counsel to reply to Debtor Witt's Motion to Partially Avoid Lien or in the alternative for an extension of time that the

Court deems appropriate so that Kahn can interview and retain appropriate counsel for the Court of Jurisdiction while reviewing The United States Bankruptcy Court District of Colorado pending ruling for NOTICE OF MOTION FOR REQUEST FOR EXTRAORDINARY STAY OF PROCEDURES AS A CASE FIRST IMPRESSION TO ALLOW FOR THE FILING OF STATE CLAIMS IN THE MATTER OF CASE NUMBER 2017-CV-31212 AND PROCEDURAL PERMISSION TO PROCEED IN JEFFERSON COUNTY DISTRICT COURT TO PROSECUTE CLAIMS OF FRAUD ON THE COURT BY PLAINTIFF WITT OUTSIDE THE JURIDICTION OF FEDERAL BANKRUPTCY COURT AND OPPORTUNITY FOR HEARING PURSUANT TO 11 U.S.C. § 362(d) and 28 U. S. C. § 1334, 17-17630-MER as filed on 12/12/17 (DOC#47), or other such determination by the Bankruptcy Court.

Respectfully submitted on December 22, 2017.

_____
David Kahn , In Pro Se
Care of:
9540 SW Gemini Dr. #53210
Beaverton, OR 97008
Phone: 303-900-3434
E-mail: wittCase@sendshere.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 22, 2017, I filed the foregoing in person with the Clerk of the Court and mailed a copy of the filing by USPS to all counsel of record:

**Attorneys for**

Debtor

**Attorneys and Address**

Charles S. Parnell
4891 Independence Street, Suite 240
Wheat Ridge , Colorado 80033

4

| | |
|---|---|
| Trustee | Tom H. Connolly<br>950 Spruce St.<br>Suite 1C<br>Louisville, CO 80027 |

_____
David Kahn , In Pro Se
Care of:
9540 SW Gemini Dr. #53210
Beaverton, OR 97008
Phone: 303-900-3434
E-mail: wittCase@sendshere.com