# UNITED STATES BANKRUPTCY COURT
## District of Colorado

| | | | |
|---|---|---|---|
| In re: | MATTHEW CURTIS WITT, <br> MATTHEW C. WITT, <br> MATT WITT | | Case No. |
| | Debtor. | | 17-17630-MER |
| | | | Chapter 7 |
| Address: | 2792 Greatwood Way <br> Highlands Ranch, CO 80126 | | |
| SSN: | XXX-XX-4130 | | |

**DAVID KAHN'S MOTION FOR EXTENSION OF TIME TO REPLY TO MATTHEW CURTIS WITT'S MOTION TO PARTIALLY AVOID LIEN, DOCKET # 45, 17-17630-MER**

The Court having reviewed David Kahn's Motion for an extension of time, finds good cause exists to extend the deadline. The deadline to respond to the Motion is January 5, 2018.

DATED: December 27, 2017.          **BY THE COURT:**

Honorable Judge Michael E. Romero

6