# UNITED STATES BANKRUPTCY COURT
## District of Colorado

FILED
KENNETH S. GARDNER
2018 JAN -4 AM 10: 57
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | MATTHEW CURTIS WITT,<br>MATTHEW C. WITT,<br>MATT WITT | Case No.<br><br>17-17630-MER |
| | Debtor. | |
| | | Chapter 7 |
| Address: | 2792 Greatwood Way<br>Highlands Ranch, CO 80126 | |
| SSN: | XXX-XX-4130 | |

---

### DAVID KAHN'S OBJECTION TO MATTHEW CURTIS WITT'S MOTION TO PARTIALLY AVOID LIEN, DOCKET # 45, 17-17630-MER PURSUANT TO 11 U.S. CODE § 523 – EXCEPTIONS TO DISCHARGE, AND REQUEST FOR HEARING

---

### NOTICE OF OBJECTION TO MOTION TO PARTIALLY AVOID LIEN AND OPPORTUNITY FOR HEARING PURSUANT TO 11 U.S.C. § 362(d)

**OBJECTION DEADLINE:** **January 17, 2018**.

YOU ARE HEREBY NOTIFIED that an Objection to Motion to Partially Avoid Lien has been filed, a copy of which is attached hereto.

A hearing on the motion has been set for **January 31, 2018** at **9:30 a.m.** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom **(C)**, Fifth Floor, Denver, Colorado 80202. The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

1

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this court a WRITTEN OBJECTION to the motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1 regarding hearing procedures, including (1) the timely submission and exchange of witness lists and exhibits and (2) attendance at the above-scheduled hearing in person or through counsel, if represented.

**IF YOU FAIL TO FILE AN OBJECTION**, the scheduled hearing will be **vacated,** and an order granting the relief requested may be granted without further notice to you.

Dated:  January 4, 2018                    By:

_____
David Kahn
In Pro Se
Care of:
9540 SW Gemini Dr. #53210
Beaverton, OR 97008
Phone: 303-900-3434
E-mail: wittCase@sendshere.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 4, 2018, I filed the foregoing in person with the Clerk of the Court and mailed a copy of the filing by USPS to all counsel of record:

| **Attorneys for** | **Attorneys and Address** |
|---|---|
| Debtor | Charles S. Parnell<br>4891 Independence Street, Suite 240  Wheat Ridge, Colorado 80033 |

| | |
|---|---|
| Trustee | Tom H. Connolly<br>950 Spruce Street, Suite 1C<br>Louisville, Colorado 80027 |

By:

_____
David Kahn
In Pro Se
Care of:
9540 SW Gemini Dr. #53210
Beaverton, OR 97008
Phone: 303-900-3434
E-mail:  wittCase@sendshere.com


## EXHIBITS

Exhibit A - DAVID KAHN'S OBJECTION TO MATTHEW CURTIS WITT'S MOTION TO PARTIALLY AVOID LIEN, DOCKET # 45, 17-17630-MER PURSUANT TO 11 U.S. CODE § 523 – EXCEPTIONS TO DISCHARGE, AND REQUEST FOR HEARING

Exhibit B - Affidavit in Support of David Kahn's Assertion that Matthew Curtis Witt ("Witt") Allegedly Conspired to Commit Fraud, and Committed Fraud on the Creditors, and The United States Bankruptcy Court District of Colorado, in Case Numbers 17-11705-MER and 17-17630-MER