# UNITED STATES BANKRUPTCY COURT
### District of Colorado

| | | |
|---|---|---|
| In re: | MATTHEW CURTIS WITT | Case No. 17-17630-MER |
| | Debtor. | |
| Address: | 2792 Greatwood Way<br>Highlands Ranch, CO 80126 | Chapter 7 |
| SSN: | XXX-XX-4130 | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER ON *EX PARTE* MOTION FOR 2004 ORDER FOR EXAMINATION BY Rekon, LLC PURSUANT TO FED. R BANKR. P. 2004 AND 9016, AND L.B.R. 2004-1 AND FED.R.CIV.P. 45**

On September 19, 2017, Rekon, LLC, Movant, filed an *Ex Parte* Motion for 2004 Order Pursuant to Fed.R.Bankr.P. 2004, 9016, L.B.R. 2004-1 and Fed.R.Civ.P. 45.  Movant hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on September 19, 2017.

2. The docket numbers for each of the following relevant documents are:

    a. the motion and all documents attached thereto and served therewith, (Dkt. #23)
    b. the certificate of service of the motion and the notice, (Dkt. #23); and
    c. the proposed order, (Dkt. #23-3).

3. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file.

ACCORDINGLY, Movant requests that the court forthwith enter an order granting the requested relief.

Dated this 25th day of January, 2018.

Respectfully submitted,

*/s/ Mark A. Larson*
Patrick D. Vellone, #15284
Mark A. Larson, #30659
1600 Stout Street, Ste. 1100
Denver, Colorado 80202
303-534-4499
pvellone@allen-vellone.com
mlarson@allen-vellone.com

ATTORNEYS FOR REKON, LLC