United States Bankruptcy Court
District of Colorado

In re:  
Matthew Curtis Witt  
     Debtor

Case No. 17-17630-MER  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1      User: potters      Page 1 of 2      Date Rcvd: Feb 19, 2019  
                      Form ID: pdf904        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2019.
```
db           +Matthew Curtis Witt,    2792 Greatwood Way,    Highlands Ranch, CO 80126-5567
cr           +Bank of New York Mellon,    c/o BFW, LLP,    4004 Belt Line Rd Ste. 100,    Addison, TX 75001-4320
intp         +Mile High Diesel, Inc.,    2792 Greatwood Way,    Highlands Ranch, CO 80126-5567
intp         +Nicolle S. Witt,    2792 Greatwood Way,    Highlands Ranch, CO 80126-5567
cr           +Noel West Lane III,    1060 Ingalls Street,    Lakewood, CO 80214-2129
intp         +Pinnacle Mastery, Ltd,    6972 S Vine Street,    Centennial, CO 80122-3268
intp         +Silver Leaf Mortgage, Inc.,    6972 S. Vine Street, Ste 366,    Centennial, CO 80122-3269
18133021     +David Kahn,    9450 SW Gemini Dr. #53210,    Beaverton, OR 97008-0105
17722135      David Kahn,    94500 SW Gemini Dr. #53210,    Beaverton, OR 97008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2019 at the address(es) listed below:
```
              Abbey Dreher    on behalf of Creditor    Bank of New York Mellon as Trustee for The Structured
               Asset Mortgage Investments, Inc. Mortgage Pass-Through Certificates Series 2003-AR3
               co.ecf@bdfgroup.com
              Abbey Dreher    on behalf of Creditor    Bank of New York Mellon co.ecf@bdfgroup.com
              Charles S. Parnell    on behalf of Debtor Matthew Curtis Witt charles@cparnell.com
              David Kahn     email@davekahn.com
              Jordan D. Factor    on behalf of Plaintiff    Rekon, LLC jfactor@allen-vellone.com,
               la@allen-vellone.com
              Kenneth J. Buechler    on behalf of Interested Party    Silver Leaf Mortgage, Inc.
               ken@bandglawoffice.com, sharon@bandglawoffice.com
              Kenneth J. Buechler    on behalf of Interested Party    Pinnacle Mastery, Ltd
               ken@bandglawoffice.com, sharon@bandglawoffice.com
              Kenneth J. Buechler    on behalf of Interested Party    Mile High Diesel, Inc.
               ken@bandglawoffice.com, sharon@bandglawoffice.com
              Kenneth J. Buechler    on behalf of Interested Party Nicolle S. Witt ken@bandglawoffice.com,
               sharon@bandglawoffice.com
              Lauren E. Tew    on behalf of Creditor    Bank of New York Mellon as Trustee for The Structured
               Asset Mortgage Investments, Inc. Mortgage Pass-Through Certificates Series 2003-AR3
               ltew22@gmail.com
              Patrick D. Vellone    on behalf of Creditor    Rekon, LLC pvellone@allen-vellone.com,
               la@allen-vellone.com
              Patrick D. Vellone    on behalf of Plaintiff    Rekon, LLC pvellone@allen-vellone.com,
               la@allen-vellone.com
              Phillip Jones    on behalf of Creditor    Telluride Mountain Village Asoc. pjones@wth-law.com,
               mbernal@wth-law.com
              Rachel A. Sternlieb    on behalf of Plaintiff    Rekon, LLC rsternlieb@allen-vellone.com,
               la@allen-vellone.com
              Shaun A. Christensen    on behalf of Debtor Matthew Curtis Witt christensens@appellucas.com,
               receptionist@appellucas.com,lucasm@appellucas.com
              Shaun A. Christensen    on behalf of Defendant Matthew  Witt christensens@appellucas.com,
               receptionist@appellucas.com,lucasm@appellucas.com
              Steven T Mulligan    on behalf of Interested Party Nicolle S. Witt smulligan@jacksonkelly.com,
               mvo@jacksonkelly.com;AMaher@jacksonkelly.com;smulligan@ecf.courtdrive.com;mvo@ecf.courtdrive.com
```

```
District/off: 1082-1            User: potters              Page 2 of 2                Date Rcvd: Feb 19, 2019
                                Form ID: pdf904            Total Noticed: 9

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Susan J. Hendrick    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as successor-in-interest to JPMorgan Chase Bank, N.A., f/k/a JPMorgan Chase Bank as
               Trustee for Structured Asset Mortgage Investments Inc. Mortg bankruptcy@sayerlaw.com,
               shendrick@sayerlaw.com;bsayer@sayerlaw.com
              Tom H. Connolly    tconnolly@iq7technology.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                                TOTAL: 20
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

In re:

MATTHEW CURITS WITT

Debtor.

Case No. 17-17630 MER

Chapter 7

**NOTICE OF PRELIMINARY HEARING**

PLEASE TAKE NOTICE that the following matter has been set for a preliminary hearing before the Honorable Michael E. Romero to be held on a trailing docket **on Monday, March 18, 2019, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado. Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes. If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.

Parties wishing to appear by telephone shall call 1-888-684-8852 at the scheduled time of the hearing. The access code for the conference call is 9288499. Please stay on the line until the court operator takes the roll call and the hearing begins.

The matter set is: Debtor's Motion to Partially Avoid Lien and objection by David Kahn

NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or via telephone, who shall read the agreement into the record.

DATED February 19, 2019

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
    United States Bankruptcy Court
    U.S. Custom House
    721 19th Street
    Denver, Colorado 80202-2508