# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Proceeding

| March 18, 2019 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>Matthew Curtis Witt<br><br>Debtor | Case No. 17-17630 MER<br><br>Chapter 7 |

Appearances:

| Trustee | | Counsel | |
|---|---|---|---|
| Debtor | | Counsel | Charles Parnell |
| Creditor | David Kahn | Counsel | |
| Creditor | Noel Lane | | |

Proceedings:

Debtor's Motion to Partially Avoid Lien and objection by David Kahn

Orders:

[X]   Based on the representations of the parties, the Court will grant the Debtor's motion by separate order.

BY THE COURT:
KENNETH S. GARDNER, CLERK


By: Kally Myhaver
    Deputy Clerk