UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:  
Chapter 7  
Case No. 17-17630-MER

MATTHEW CURTIS WITT, *aka* MATT WITT, *dba* COMMERICAL CAPITAL, INC., *dba* REVA CATALYST FUND LLC, *dba* WITT VENTURES, LLC, and *dba* PRIVATE CAPITAL LENDING, **Debtor,**

BANK OF NEW YORK MELLON AS TRUSTEE FOR THE STRUCTURED ASSET MORTGAGE INVESTMENTS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-AR3, **Movant**,

## 9013-1.1 NOTICE OF MOTION FOR ABANDONMENT OF REAL PROPERTY

**OBJECTION DEADLINE: April 22, 2019**

YOU ARE HEREBY NOTIFIED that BANK OF NEW YORK MELLON AS TRUSTEE FOR THE STRUCTURED ASSET MORTGAGE INVESTMENTS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-AR3, Successors, Assigns, Servicers, Investors and Trustees, has filed a Motion for Abandonment of Real Property pursuant to 11 U.S.C. § 554, with the bankruptcy court and requests the following relief:

Movant requests that the Court enter an Order Abandoning Property of the Estate regarding Real Property located at 2792 GREATWOOD WAY, HIGHLANDS RANCH, COLORADO 80126-5567.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before he objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED:  _4/8/2019_____.

E-FILED ORIGINAL

Document to be retained in file of Barrett Frappier & Weisserman, LLP

BARRETT FRAPPIER & WEISSERMAN, LLP

_/s/ Joseph DeGiorgio_____  
Joseph DeGiorgio  
1199 BANNOCK STREET  
DENVER, CO  80204  
(303) 327-8781  
(972) 661-7725  
Email Address:  co.ecf@bdfgroup.com

CERTIFICATE OF SERVICE

    The undersigned has confirmed that copies of a Motion for Abandonment of Real Property (including all applicable exhibits), Notice Pursuant to Local Rule 9013-1, proposed Order, and Affidavit Concerning Military Status were mailed, first class, postage prepaid on April 8, 2019 on all parties against whom relief is sought and those otherwise entitled to service pursuant to FRBP and these LBR at the following addresses:

CHARLES S PARNELL
4891 INDEPENDENCE ST, STE 240
WHEATRIDEG, CO  80033

TOM C. CONNOLLY
CHAPTER 7 TRUSTEE
950 SPRUCE STREET, SUITE 1C
LOUISVILLE, CO  80027

MATTHEW CURTIS WITT
2792 GREATWOOD WAY
HIGHLANDS RANCH, CO 80126-5567


U. S. Trustee
*By electronic notice only per written request

A copy of the Notice only was mailed to all Creditors and interested parties on the Creditor's matrix which is attached hereto.

        __/s/ Joseph DeGiorgio_____
        Signature

```
Label Matrix for local noticing          Bank of New York Mellon              Mile High Diesel, Inc.
1082-1                                   c/o BFW, LLP                         2792 Greatwood Way
Case 17-17630-MER                        4004 Belt Line Rd Ste. 100           Highlands Ranch, CO 80126-5567
District of Colorado                     Addison, TX 75001-4320
Denver
Mon Apr  8 13:42:50 MDT 2019

Pinnacle Mastery, Ltd                    Silver Leaf Mortgage, Inc.           Telluride Mountain Village Asoc.
6972 S Vine Street                       6972 S. Vine Street, Ste 366         C/O Phillip J. Jones
Centennial, CO 80122-3268                Centennial, CO 80122-3269            744 Horizon Court, Suite 115
                                                                              Grand Junction, CO 81506-3915


US Bankruptcy Court                      Allen Vellone Wolf Helfrich & Factor PC   American Education Services
US Custom House                          1600 Stout Street, Ste. 1100         PO Box 2461
721 19th St.                             Denver, CO 80202-3160                Harrisburg, PA 17105-2461
Denver, CO 80202-2508


Aronowitz & Mecklenburg, LLP             (p)BANK OF AMERICA                   Bieging Shapiro & Barber LLP
1199 Bannock Street                      PO BOX 982238                        4582 S. Ulster Street Parkway, Ste. 1650
Denver, CO 80204-2100                    EL PASO TX 79998-2238                Denver, CO 80237-2686


CITI Cards, CitiBank                     Charles D. Snider, Jr                Chase Card
PO Box 6077                              2914 Forest Laurel Drive             PO Box 15298
Sioux Falls, SD 57117-6077               Kingwood, TX 77339-2514              Wilmington, DE 19850-5298


Chase Mortgage                           Christine J Jobin                    Creighton Federal Credit Union
PO Box 24696                             240 St. Paul Street, Ste. 102        PO Box 4519
Columbus, OH 43224-0696                  Denver, CO 80206-5113                Carol Stream, IL 60197-4519


Damon M. Semmens                         David Kahn                           David Kahn
1625 Broadway Street, Ste. 1420          9450 SW Gemini Dr. #53210            94500 SW Gemini Dr. #53210
Denver, CO 80202-4714                    Beaverton, OR 97008-7105             Beaverton, OR 97008


David Keil                               Douglas County Court                 G.W. Merrick & Associates, LLC
191 University Blvd., Ste. 250           1819 Farnam Street                   6300 S. Syracuse Way, Ste. 220
Denver, CO 80206-4613                    Omaha, NE 68183-1000                 Centennial, CO 80111-6722


Gordon & Rees LLP                        Grossman & Grossman PC               IndyMac
Attn  John Palmeri                       Attn  Alan M. Grossman               7872 Valley View Street
555 17th Street, Ste. 3400               363 S. Harlan Street, Ste. 280       Buena Park, CA 90620-2353
Denver, CO 80202-3937                    Lakewood, CO 80226-3573


Jackson Kelly PLLC                       Levin Sitcoff PC                     Liberty Acquisitions LLC
PO Box 11276                             1512 Larimer Street                  7100 W. 44th Avenue, Ste. 108
Charleston, WV 25339-1276                Suite 650                            Wheat Ridge, CO 80033-4701
                                         Denver, CO 80202-1933
```

| | | |
|---|---|---|
| Nicole Witt<br>2792 Greatwood Way<br>Highlands Ranch, CO 80126-5567 | Nicolle S. Witt<br>c/o Steven T. Mulligan<br>Jackson Kelly PLLC<br>1099 18th St., Suite 2150<br>Denver, CO 80202-1958 | Noel W. Lane, III<br>1060 Ingalls Street<br>Denver, CO 80214-2129 |
| PNC Bank, N.A.<br>PO Box 3180<br>Pittsburgh, PA 15230-3180 | Rekon LLC<br>c/o Allen & Vellone, P.C.<br>1600 Stout Street, Ste. 1100<br>Denver, CO 80202-3160 | Rekon, LLC<br>c/o Allen Vellone Wolf Helfrich & Factor<br>1600 Stout Street, Suite 1100<br>Denver, CO 80202-3160 |
| Richard S Vermeire<br>1125 Seventeenth Street, Ste. 2100<br>Denver, CO 80202-2005 | Solomon & Solomon<br>227 W Pacific Ave<br>Suite A<br>PO Box 1748<br>Telluride, CO 81435-1748 | Sweetbaum Sands Anderson PC<br>Attn  Joshua D. McMahon<br>1125 Seventeenth Street, Ste, 2100<br>Denver, CO 80202-2005 |
| Telluride Mountain Village Owners Assoc<br>113 Lost Creek Lane<br>Telluride, CO 81435-9500 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Zion Bancorp, N.A.<br>Attn  Dwight J. Barrett<br>2460 South 3270 West<br>West Valley, UT 84119-1116 |
| (p)ZIONS FIRST NATIONAL BANK<br>LEGAL SERVICES UT ZB11 0877<br>P O BOX 30709<br>SALT LAKE CITY UT 84130-0709 | Charles S. Parnell<br>4891 Independence St.<br>Suite 240<br>Wheat Ridge, CO 80033-6714 | David Kahn<br>9540 SW Gemini Dr. #53210<br>Beaverton, OR 97008 |
| Matthew Curtis Witt<br>2792 Greatwood Way<br>Highlands Ranch, CO 80126-5567 | Nicolle S. Witt<br>2792 Greatwood Way<br>Highlands Ranch, CO 80126-5567 | Noel West Lane III<br>1060 Ingalls Street<br>Lakewood, CO 80214-2129 |
| Shaun A. Christensen<br>1624 Market St.<br>Ste. 310<br>Denver, CO 80202-1553 | Tom H. Connolly<br>950 Spruce St.<br>Suite 1C<br>Louisville, CO 80027-1977 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998 | Zions First National Bank<br>Legal Services UT ZB11 0877<br>P.O. Box 30709<br>Salt Lake City, UT 84130 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of New York Mellon as Trustee for The    (u)Rekon, LLC    (u)The Bank of New York Mellon f/k/a The Bank

```
End of Label Matrix
Mailable recipients    49
Bypassed recipients     3
Total                  52
```