United States Bankruptcy Court
District of Colorado

In re:  
Matthew Curtis Witt  
      Debtor

Case No. 17-17630-MER  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1      User: myhaverk      Page 1 of 2      Date Rcvd: Apr 24, 2019  
                    Form ID: pdf904      Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.

```
db          +Matthew Curtis Witt,    2792 Greatwood Way,    Highlands Ranch, CO 80126-5567
cr          +Bank of New York Mellon,    c/o BFW, LLP,    4004 Belt Line Rd Ste. 100,    Addison, TX 75001-4320
intp        +Mile High Diesel, Inc.,    2792 Greatwood Way,    Highlands Ranch, CO 80126-5567
intp        +Nicolle S. Witt,    2792 Greatwood Way,    Highlands Ranch, CO 80126-5567
cr          +Noel West Lane III,    1060 Ingalls Street,    Lakewood, CO 80214-2129
intp        +Pinnacle Mastery, Ltd,    6972 S Vine Street,    Centennial, CO 80122-3268
intp        +Silver Leaf Mortgage, Inc.,    6972 S. Vine Street, Ste 366,    Centennial, CO 80122-3269
cr          +Telluride Mountain Village Asoc.,    C/O Phillip J. Jones,    744 Horizon Court, Suite 115,
              Grand Junction, CO 81506-3915
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2019 at the address(es) listed below:

```
          Abbey Dreher    on behalf of Creditor    Bank of New York Mellon as Trustee for The Structured
           Asset Mortgage Investments, Inc. Mortgage Pass-Through Certificates Series 2003-AR3
           co.ecf@bdfgroup.com
          Abbey Dreher    on behalf of Creditor    Bank of New York Mellon co.ecf@bdfgroup.com
          Charles S. Parnell    on behalf of Debtor Matthew Curtis Witt charles@cparnell.com
          David Kahn    email@davekahn.com
          Jordan D. Factor    on behalf of Plaintiff    Rekon, LLC jfactor@allen-vellone.com,
           la@allen-vellone.com
          Joseph D. DeGiorgio    on behalf of Creditor    Bank of New York Mellon co.ecf@bdfgroup.com,
           josephde@bdfgroup.com
          Kenneth J. Buechler    on behalf of Interested Party    Silver Leaf Mortgage, Inc.
           ken@kjblawoffice.com, Sharon@kjblawoffice.com
          Kenneth J. Buechler    on behalf of Interested Party    Pinnacle Mastery, Ltd ken@kjblawoffice.com,
           Sharon@kjblawoffice.com
          Kenneth J. Buechler    on behalf of Interested Party    Mile High Diesel, Inc. ken@kjblawoffice.com,
           Sharon@kjblawoffice.com
          Kenneth J. Buechler    on behalf of Interested Party Nicolle S. Witt ken@kjblawoffice.com,
           Sharon@kjblawoffice.com
          Lauren E. Tew    on behalf of Creditor    Bank of New York Mellon as Trustee for The Structured
           Asset Mortgage Investments, Inc. Mortgage Pass-Through Certificates Series 2003-AR3
           ltew22@gmail.com
          Patrick D. Vellone    on behalf of Creditor    Rekon, LLC pvellone@allen-vellone.com,
           la@allen-vellone.com
          Patrick D. Vellone    on behalf of Plaintiff    Rekon, LLC pvellone@allen-vellone.com,
           la@allen-vellone.com
          Phillip Jones    on behalf of Creditor    Telluride Mountain Village Asoc. pjones@wth-law.com,
           mbernal@wth-law.com
          Rachel A. Sternlieb    on behalf of Plaintiff    Rekon, LLC rsternlieb@allen-vellone.com,
           la@allen-vellone.com
          Shaun A. Christensen    on behalf of Debtor Matthew Curtis Witt christensens@appellucas.com,
           receptionist@appellucas.com,lucasm@appellucas.com
          Shaun A. Christensen    on behalf of Defendant Matthew Witt christensens@appellucas.com,
           receptionist@appellucas.com,lucasm@appellucas.com
```

```
District/off: 1082-1            User: myhaverk              Page 2 of 2                  Date Rcvd: Apr 24, 2019
                                Form ID: pdf904             Total Noticed: 8


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Steven T Mulligan    on behalf of Interested Party Nicolle S. Witt smulligan@jacksonkelly.com,
               mvo@jacksonkelly.com;AMaher@jacksonkelly.com;smulligan@ecf.courtdrive.com;mvo@ecf.courtdrive.com
              Susan J. Hendrick    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as successor-in-interest to JPMorgan Chase Bank, N.A., f/k/a JPMorgan Chase Bank as
               Trustee for Structured Asset Mortgage Investments Inc. Mortg bankruptcy@sayerlaw.com,
               shendrick@sayerlaw.com;bsayer@sayerlaw.com
              Tom H. Connolly     tom@clpc-law.com,   tconnolly@iq7technology.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 21
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

In re:

MATTHEW CURTIS WITT

Debtor.

Case No. 17-17630 MER

Chapter 13

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a non-evidentiary telephonic hearing on the Ex Parte Motion for 2004 Order for Examination by Noel West Lane, *et al.,* will be held on **Tuesday, May 14, 2019, at 3:00 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.

Parties wishing to participate by telephone may call 1-888-684-8852. The access code is 9288499.

DATED: April 24, 2019

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
    United States Bankruptcy Court
    U.S. Custom House
    721 19th Street
    Denver, Colorado 80202-2508