## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| May 22, 2019 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>MATTHEW CURTIS WITT<br><br>Debtor. | Case No. 17-17630 MER<br><br>Chapter 7 |

Appearances:

| Trustee | | Counsel | |
|---|---|---|---|
| Debtor | | Counsel | Charles Parnell |
| Creditor | Noel Lane | Counsel | *Pro se* |
| Creditor | Nicolle S Witt, *et al.* | Counsel | Kenneth Buechler |
| Creditor | David Kahn | Counsel | |

Proceedings:

Ex Parte Motion for 2004 Order for Examination by Noel West Lane

Orders:

The Court takes this matter under advisement.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:_____
Deputy Clerk