# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Proceeding

| June 10, 2019 | Honorable Michael E. Romero, Presiding |
| --- | --- |
| | Courtroom C |

| In re: | Case No. 17-17630 MER |
| --- | --- |
| MATTHEW CURTIS WITT | |
| | Chapter 7 |
| Debtor. | |

Appearances:

| Trustee | | Counsel | |
| --- | --- | --- | --- |
| Debtor | | Counsel | James Anderson |
| Creditor | Nicole Witt, et al., | Counsel | Kenneth Buechler |

Proceedings:

Motion for Order to Show Cause to Noel Lane

Orders:

The boxes of documents must be made available to all parties for 14 more days. The parties need to arrange the terms and contact the court when arrangements for access are made and delivery has occurred.

The motion for contempt is denied without prejudice.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:_____
Deputy Clerk