IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

In re:

MATTHEW CURTIS WITT,

Debtor.

Case No. 17-17630 MER

Chapter 7

### ORDER

Noel West Lane III ("**Lane**") requests the Court take judicial notice of three categories of documents pursuant to Federal Rule of Evidence 201, made applicable herein by Federal Rule of Bankruptcy Procedure 9017.[1]

Regardless whether Lane is an interested party to this bankruptcy case, there is no pending adversary proceeding or contested matter before the Court in which Lane requests or objects to any form of substantive relief. The Motion for Judicial Notice does not contain any prayer for relief from this Court flowing from the proposed evidentiary ruling. No purpose is served by this Court issuing substantive evidentiary rulings in the absence of a contested matter which requires the Court to hold an evidentiary hearing.

For the foregoing reasons the Motion for Judicial Notice is DENIED.

Dated April 9, 2020

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court

---

[1] ECF No. 215 ("**Motion for Judicial Notice**").